348

## WOFFORD v. STATE (two cases).
### Nos. 21093, 21095.

Court of Criminal Appeals of Texas.
May 29, 1940.

Rehearing Denied June 26, 1940.

M. H. Barton, of Overton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of property over the value of $50, punishment being assessed at two years in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

## WOFFORD v. STATE.
### No. 21094.

Court of Criminal Appeals of Texas.
May 29, 1940.

Rehearing Denied June 26, 1940.

M. H. Barton, of Overton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of property over the value of $50, punishment being assessed at two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.